| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|

Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER BURROUGHS
603 Rose Avenue
Venice, California 90291
(310)590-1820

ATTORNEY(S) FOR:  Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DR. ELLIOT MCGUCKEN

Plaintiff(s),

v.

LONELY PLANET USA, LLC; et al

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DR. ELLIOT MCGUCKEN | PLAINTIFF |
| LONELY PLANET USA, LLC | DEFENDANT |

| 08/04/2022 | /s/ Scott Alan Burroughs |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**